# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3897
_____

MIRANDA MUSTA,

   Appellant,

   v.

NEURO PROTECTIVE SERVICES OF
FLORIDA, LLC, d/b/a Synaptic
Resources of Florida, a Florida
Limited Liability Company,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

July 5, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Richard N. Margulies and Sean P. Walsh of Jackson Lewis P.C., Jacksonville, for Appellant.

P. Campbell Ford of Ford, Miller & Wainer, P.A., Jacksonville Beach, for Appellee.